**FILED**

NOV 1 5 2018 *LA*

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **18 CR 783** |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United |
| AYMAN NAZER, and | ) | States Code, Sections 371, 554, |
| AHMAD NAZER | ) | 1001 |

**JUDGE WOOD**

**MAGISTRATE JUDGE FINNEGAN**

**COUNT ONE**

The SPECIAL DECEMBER 2017 GRAND JURY charges:

1.    At times material to this indictment:

    a.    Defendant AHMAD NAZER was a resident of Palos Heights, Illinois and owned a business located on 79th Street in Chicago, Illinois (the "Chicago business").

    b.    Defendant AYMAN NAZER was a resident of the country of Jordan.

    c.    Shipping Company A was a United States-based company that shipped items to locations in the United States and throughout the world, including Jordan.

    d.    Defendants AHMAD NAZER and AYMAN NAZER operated a business called "E-Shop" that allowed individuals residing outside the United States to order and obtain products from the United States. Employees of E-Shop purchased U.S. products online and shipped them to the Chicago business. These products were

exported from the United States for the purpose of providing them to individuals, located outside the United States, who had ordered the U.S. products.

      e.    Export from the United States to the country of Jordan of gun and firearm components, parts, accessories, and attachments required a license or approval from the United States Department of State, Directorate of Defense Trade Controls.

      f.    AYMAN NAZER and AHMAD NAZER did not have a license or approval from the United States Department of State, Directorate of Defense Trade Controls for the export of gun and firearm components, parts, accessories, and attachments.

    2.    Beginning no later than in or about January 2013 and continuing until at least in or about June 2014, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

AYMAN NAZER and
AHMAD NAZER,

defendants herein, knowingly conspired with each other and with another individual unknown to the Grand Jury to knowingly and fraudulently export and send from the United States, merchandise, articles, and objects, namely, gun and firearm parts subject to the United States Munitions List, contrary to any law or regulation of the United States, namely, Title 22, United States Code, Section 2778(b)(2) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a)(1), all in violation of Title 18, United States Code, Section 554(a).

3.     It was part of the conspiracy that AYMAN NAZER and AHMAD NAZER purchased gun and firearm parts from U.S.-based online retailers, including AR-15 upper receivers and M4 barrels, and exported these gun and firearm parts to Jordan, through Shipping Company A, without obtaining the required export licenses. AYMAN NAZER and AHMAD NAZER put false information on the shipping labels, also known as air waybills, to conceal the true nature of the shipments from law enforcement and others and to prevent law enforcement from tracing the shipments back to them.

4.     It was further part of the conspiracy that AYMAN NAZER and AHMAD NAZER caused to be purchased gun and firearm parts from online retailers in the United States.

5.     It was further part of the conspiracy that AYMAN NAZER and AHMAD NAZER caused the gun and firearm parts to be delivered to the Chicago business.

6.     It was further part of the conspiracy that AYMAN NAZER and AHMAD NAZER, caused the gun and firearm parts to be shipped from the United States destined to Jordan.

7.     It was further part of the conspiracy that AYMAN NAZER and AHMAD NAZER sought to conceal and disguise that these shipments to Jordan contained gun and firearm parts by listing false information on the air way bill for the gun and firearm part shipments, including the use of: false sender name, false sender address, false sender phone number, false recipient name, false recipient address, false commodity description, and false commodity value.

3

8. It was further part of the conspiracy that defendants did conceal and hide, and caused to be concealed and hidden, the existence of and acts done in furtherance of the conspiracy.

## OVERT ACTS

9. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

a. On or about January 15, 2013, AYMAN NAZER and AHMAD NAZER exchanged text messages;

b. On or about March 26, 2013, AYMAN NAZER and AHMAD NAZER exchanged text messages;

c. On or about April 24, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

d. On or about May 10, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

e. On or about May 13, 2013, AYMAN NAZER emailed AHMAD NAZER;

f. On or about May 21, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

g. On or about June 11, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

4

     h.     On or about June 17, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     i.     On or about June 25, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     j.     On or about June 26, 2013, AYMAN NAZER and AHMAD NAZER exchanged text messages;

     k.     On or about July 10, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     l.     On or about August 20, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     m.     On or about August 27, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     n.     On or about September 17, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     o.     On or about November 12, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     p.     On or about November 19, 2013, AHMAD NAZER shipped a package using Shipping Company A from Illinois destined to Jordan;

     q.     On or about February 25, 2014, AHMAD NAZER shipped two packages using Shipping Company A from Illinois destined to Jordan;

All in violation of Title 18, United States Code, Section 371.

5

## COUNT TWO

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

1.     The allegations contained in paragraph 1 of Count One are incorporated here.

2.     On or about November 19, 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

### AYMAN NAZER,

defendant herein, fraudulently and knowingly exported and sent from the United States, merchandise, articles, and objects, namely, firearm and gun parts subject to the United States Munitions List with tracking number 8026 7499 7526, contrary to any law or regulation of the United States, namely, Title 22, United States Code, Section 2778(b)(2) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a)(1);

In violation of Title 18, United States Code, Section 554(a) and 2.

## COUNT THREE

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

3. The allegations contained in paragraph 1 of Count One are incorporated here.

4. On or about February 25, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

### AYMAN NAZER,

defendant herein, fraudulently and knowingly exported and sent from the United States, merchandise, articles, and objects, namely, firearm and gun parts subject to the United States Munitions List with tracking number 8026 7499 7537, contrary to any law or regulation of the United States, namely, Title 22, United States Code, Section 2778(b)(2) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a)(1);

In violation of Title 18, United States Code, Section 554(a) and 2.

**COUNT FOUR**

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

1.      The allegations contained in paragraph 1 of Count One are incorporated here.

2.      On or about February 25, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

**AYMAN NAZER,**

defendant herein, fraudulently and knowingly exported and sent from the United States, merchandise, articles, and objects, namely, firearm and gun parts subject to the United States Munitions List with tracking number 8026 7499 7548, contrary to any law or regulation of the United States, namely, Title 22, United States Code, Section 2778(b)(2) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a)(1);

In violation of Title 18, United States Code, Section 554(a) and 2.

8

**COUNT FIVE**

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

1.      The allegations contained in paragraph 1 of Count One are incorporated here.

2.      At times material to this indictment:

a.      The United States Department of State, Directorate of Defense Trade Controls; United States Department of Homeland Security, Customs and Border Protection; United States Department of Commerce, Bureau of Industry and Security; and the United State Census Bureau oversaw exports from the United States.

b.      The information on an air waybill, including commodity description and the commodity value, among other information, was material to their oversight.

3.      On or about February 25, 2014, on an air waybill with tracking number 8026 7499 7537 and completed in the Northern District of Illinois, Eastern Division, and elsewhere,

AYMAN NAZER,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Department of State, Directorate of Defense Trade Controls; United States Department of Homeland Security, Customs and Border Protection; United States Department of Commerce, Bureau of Industry and Security; and the United

State Census Bureau, agencies within the executive branch of the Government of the United States, when in substance Ahmad Nazer wrote "used car shock absorber 5 kits" as the commodity description on the air waybill and when in substance Ahmad Nazer wrote $75 as the commodity value on the air waybill;

In violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

## COUNT SIX

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

1.      The allegations contained in paragraph 1 of Count One and paragraph 2 of Count Five are incorporated here.

2.      On or about February 25, 2014, on an air waybill with tracking number 8026 7499 7548 and completed in the Northern District of Illinois, Eastern Division, and elsewhere,

### AYMAN NAZER,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Department of State, Directorate of Defense Trade Controls; United States Department of Homeland Security, Customs and Border Protection; United States Department of Commerce, Bureau of Industry and Security; and the United State Census Bureau, an agency within the executive branch of the Government of the United States, when in substance Ahmad Nazer wrote "used car shock absorber" as the commodity description on the air waybill and when in substance Ahmad Nazer wrote $60 as the commodity value on the air waybill;

In violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY